389 A.2d 194

Commonwealth v. Harris, Appellant.

Argued November 23, 1977. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded for hearing in the lower court on Pa.R.Crim.P. 1100 issue for which we have no record. *Cf.*, *Commonwealth v. Stabler*, 251 Pa.Super. 194, 380 A.2d 444 (1977).

WATKINS, former P. J., did not participate in the consideration or decision of this case.